IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

GROVER S COPLEY,

Plaintiff,

v.

C.J. MAHAN CONSTRUCTION
COMPANY LLC,

Defendant.

Case No. 16-cv-1122 JPG/RJD

# JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: March 13, 2018**    JUSTINE FLANAGAN, Acting Clerk of Court

    s/**Tina Gray**
      Deputy Clerk


**Approved:**   *s/J. Phil Gilbert*
    **J. PHIL GILBERT**
    **DISTRICT JUDGE**